UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MCNAIR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. DODGE,<br><br>　　　　Defendants. | No. 2:16-cv-2741 JAM DB P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 25, 2018, defendant filed a joint motion to dismiss, signed by plaintiff and counsel for defendant, stating they have settled this case, and move dismiss this action. (ECF No. 19.) The court construes this filing as a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will honor the request.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice; and

2. Defendant's pending motion for sanctions (ECF No. 17) is denied as moot.

Dated: August 21, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/melg1452.59a